IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **KYLE COSTELLO,** | : | |
| | : | **NO. 14-107** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 10th day of February, 2016, upon consideration of the defendant's motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29 (Doc. No. 88), the defendant's motion for a new trial pursuant to Fed. R. Crim. P. 33 (Doc. No. 89), the plaintiff's response (Doc. No. 92), **IT IS HEREBY ORDERED** that:

1. The defendant's motion for judgment of acquittal (Doc. No. 88) is **DENIED**.

2. The defendant's motion for a new trial (Doc. No. 89) is **DENIED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.