UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE COSTELLO,<br>　　Petitioner,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | :<br>:<br>:<br>:  No. 5:14-cr-00107<br>:  No. 5:19-cv-00895<br>:<br>: |

# O R D E R

**AND NOW**, this 18th day of December, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion for Equitable Tolling of 28 U.S.C. § 2255 Habeas Corpus Petition, ECF No. 175, is **GRANTED**.

2. The Motion to Vacate/Set Aside/Correct Sentence Under 28 U.S.C. § 2255, ECF No. 177, is **DENIED in part and DISMISSED in part**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall **CLOSE** the above-captioned actions.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge