UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:14-cr-00107 |
| | : | |
| KYLE COSTELLO | : | |

**O R D E R**

**AND NOW**, this 11th day of January, 2022, upon consideration of Costello's *pro se* letter-motion for reconsideration filed under Rule 60(b),[1] ECF No. 227, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Costello's motion for reconsideration under Rule 60(b), ECF No. 227, is **DISMISSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] In the motion, Costello seeks reconsideration of this Court's Order dismissing and denying his habeas petition. *See* ECF No. 227. Specifically, Costello seeks reconsideration of the Court's inclusion of his prior convictions for aggravated assault as crimes of violence pertinent to his career offender status. This motion comes after the Third Circuit denied Costello's request for a certificate of appealability. *See* ECF No. 224.