# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LUIS FRANCISCO ACOSTA-REYES** | : | **NO. 5:17-cr-00287-2** |

## ORDER

**AND NOW,** this 29th day of November, 2023, upon consideration of the defendant's Motion for Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A)(i), (Doc. No. 67), it is **ORDERED** that the motion is **REFERRED** to the Federal Community Defender Office for the Eastern District of Pennsylvania to screen the motion and determine whether it will seek appointment to represent the defendant for the purpose of pursuing a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
J. JOSEPH F. LEESON, JR.

---

[1] *See* Administrative Standing Order *In Re Section 603(b) Relief under First Step Act* (E.D. Pa. May 15, 2019).