UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:14-cr-00107 |
| | : | |
| KYLE COSTELLO | : | |

**ORDER**

**AND NOW**, this 26th day of August, 2026, upon consideration of Plaintiff Kyle Costello's *pro se* letter-motion for compassionate release, ECF No. 236; Costello's Motion to Correct Record, together with supplementation, ECF No. 244; the Government's Response in Opposition to the motion, ECF No. 246; Costello's letter-request to amend his motion for compassionate release, ECF No. 250; Costello's additional supplementation to his motion for compassionate release, ECF No. 253; and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Costello's motion for compassionate release, *see* ECF Nos. 236, 250, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge